IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIFFANY WEAVER** | : CIVIL ACTION |
| | : |
| v. | : NO.  22-4891 |
| | : |
| **MASTERY CHARTER SCHOOLS,** | : |
| **ERIC LANGSTON, TEDDIE GWYNN** | : |

# ORDER

AND NOW, this 25th day of September 2023, upon considering the parties' attached letter reporting they have resolved the above-captioned matter, it is **ORDERED**:

1. The action is **DISMISSED** pursuant to Local Rule 41.1(b); and,

2. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**



September 22, 2023

**VIA EMAIL**
Murphy_Chambers@paed.uscourts.gov
Honorable John F. Murphy
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 3-B

      Re:    **Tiffany Weaver v. Mastery Charter Schools, et al**
                **Civil Action No.: 2:22-cv-04891**

Dear Judge Murphy,

      I write in connection with the above captioned matter on behalf of Plaintiff, Tiffany Weaver ("Ms. Weaver" or "Plaintiff") to request this matter be dismissed pursuant to a 41.1(b) dismissal. Please accept this correspondence as notice that the parties have reached a mutually agreed upon settlement. I write with the consent of Defendants who join in this request.

      Please let us know if Your Honor has any questions or concerns.

      Very Truly Yours

      **DEREK SMITH LAW GROUP, PLLC**

      By:__ /s/ *Tova L. Rabin*_____
            Tova L. Rabin, Esquire
            Derek Smith Law Group, PLLC
            1835 Market Street, Suite 2950
            Philadelphia, PA 19103
            215-391-4790
            tova@dereksmithlaw.com
            *Counsel for Plaintiff*

CC:    Rufus Jennings, Esq. <rjennings@dmvlawfirm.com>